FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

AUG 11 2026

GARY P. SERDAR
CLERK OF COURT
BY ______________
DEPUTY CLERK

MELISSA HOLYOAK, United States Attorney (#9832)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMCHAND RATTAN,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 875(c), Interstate Communications with a Threat to Injure;<br><br>Count 2: 18 U.S.C. § 875(c), Interstate Communications with a Threat to Injure.<br><br>Case: 4:26-cr-00065<br>Assigned To : Allen, Ann Marie McIff<br>Assign. Date : 8/10/2026<br>Description: USA v. |

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 875(c)
(Interstate Communications with a Threat to Injure)

Between on or about May 6, 2025, and on or about May 24, 2025, in the District of Utah and elsewhere,

RAMCHAND RATTAN,

the defendant herein, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure Victim 1; all in violation of Title 18, United States Code, Section 875(c).

**COUNT II**

18 U.S.C. § 875(c)
(Interstate Communications with a Threat to Injure)

Between on or about January 17, 2026, and on or about January 21, 2026, in the District of Utah and elsewhere,

RAMCHAND RATTAN,

the defendant herein, knowingly and willfully did transmit in interstate and foreign commerce communications containing threats to injure individuals known to the Grand Jury; all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney